```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahmed Ali Fadah, *et al.*,

              Plaintiffs,

    –v–

United States of America, *et al.*,

              Defendants.

21-cv-4305 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 3, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by September 10, 2021, for the conference scheduled September 17, 2021, at 3:15 p.m. Dkt. No. 8. The Court has not received the parties' submissions. The parties shall comply with the Court's September 3, 2021 Order by September 15, 2021.

    SO ORDERED.

Dated: September 14, 2021
       New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge